# Court of Appeals
# of the State of Georgia

ATLANTA, __November 18, 2016__

*The Court of Appeals hereby passes the following order:*

**A16A1842.  ODUM v. GEORGIA DEPARTMENT OF LABOR.**

This case was docketed by this Court on June 1, 2016, and appellant's brief and enumerations of error were due June 21, 2016. In addition, this Court entered an order on June 22, 2016 ordering the appellant "to file an enumeration of errors and a brief in this case no later than July 5, 2016" and advising the appellant that the "[f]ailure to comply with this order, absent an extension upon motion for good cause shown," would result in the dismissal of this appeal without further notice.  As of the date of this order, the appellant has not filed a brief and enumeration of errors and did not request an extension of time in which to do so.

Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___11/18/2016___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*